1  ALEX G. TSE (CABN 152348)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KATHERINE L. WAWRZYNIAK (CABN 252751)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7317
7       FAX: (415) 436-7234
        katherine.wawrzyniak@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 18-0541 JST |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING MATTER AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| CARLOS MARTINEZ-PAREDES, | |
| Defendant. | Date: November 30, 2018 to January 4, 2019<br>Time: 9:30 a.m. |

The parties appeared before the Honorable Jon S. Tigar on November 30, 2018, for an initial status conference. At the parties' joint request, the matter was continued to January 4, 2018, at 9:30 a.m. for change of plea.

The government stated that it has produced the discovery in the case. Defense counsel is reviewing that discovery and will be unavailable for part of December. Therefore the parties stipulated, and the Court ordered, that time between November 30, 2018 and January 4, 2019, be excluded for effective preparation of counsel and continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

//

//

STIP. AND PROPOSED ORD. CONT. & EXCL. TIME UNDER S.T.A.
CR 18-0541 JST                                                  1

The parties further stipulate, and ask the Court to find, that the requested continuance and exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED.

DATED: November 30, 2018

ALEX G. TSE
United States Attorney

/s/
KATHERINE L. WAWRZYNIAK
Assistant United States Attorney

DATED: November 30, 2018

/s/
DAVID RIZK
Counsel for Defendant Martinez-Paredes

For the reasons stated, this matter is continued until January 4, 2019, at 9:30 a.m. The time between November 30, 2018 and January 4, 2019, is excluded from the running of the speedy trial clock for effective preparation and continuity of counsel under 18 U.S.C. § 3161(h)(7)(B)(iv). Failure to grant the continuance would deny the defendant's counsel the reasonable time necessary to prepare and deny defendant continuity of counsel.

IT IS SO ORDERED.

DATED: December 3, 2018

HONORABLE JON S. TIGAR
United States District Judge

Attestation of Filer

In addition to myself, the other signatory to this document is David Rizk. I attest that I have his permission to enter a conformed signature on his behalf and to file the document.

DATED: November 30, 2018

/s/
KATHERINE L. WAWRZYNIAK
Assistant United States Attorney