IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS MARTINEZ-PAREDES,<br><br>Defendant. | Case No. CR 18-541 JST<br><br>[PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA HEARING |

For the reasons set forth in the parties' stipulation, and good cause appearing, the Court hereby:

(1) Continues the change-of-plea proceeding set in this matter from January 4, 2019 until January 25, 2019; and

(2) Finds that time should be excluded from January 4, 2019 through January 25, 2019, under the Speedy Trial Act for effective preparation of counsel to permit the parties to reach a disposition in this matter pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), and that failure to grant the requested exclusion of time would deny the Defendant the time for effective preparation of counsel and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: December 19, 2018

_____
HONORABLE JON S. TIGAR
United States District Judge