IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS MARTINEZ-PAREDES,<br><br>Defendant. | **Case No.:** CR 18–541 JST<br><br>[PROPOSED] **ORDER CONTINUING SENTENCING HEARING**<br><br>**Court:** Courtroom To Be Determined, 4th Floor |

Good cause appearing therefor, IT IS ORDERED that the sentencing hearing in this matter be continued to 21 June 2019 at 9:30 a.m.

IT IS SO ORDERED.

Dated: April 16, 2019

IT IS SO ORDERED

*Judge Jon S. Tigar*

[PROPOSED] ORDER CONTINUING SENTENCING HEARING
*MARTINEZ-PAREDES*, CR 18–541 JST

1